1  **2**
   Christian J. Younger, Bar No.: 222983
2  **FRIEND YOUNGER, PC**
   1610 Arden Way, Suite 287
3  Sacramento, CA 95815
   (916) 564-8100 Telephone
4  (916) 564-8116 Fax

5
   Attorney for Debtors
6

7              **UNITED STATES BANKRUPTCY COURT**

8     **EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION**

9
   In re:                                    Case No: 14-21386
10                                           DC No:   CJY-1
   ROSIA BELL EALY &
11                                           Chapter 13
   LINDA LOREAN EALY,
12                                           Date:  April 5, 2016
       Debtors.                              Time: 10:00 a.m.
13                                           Place: 501 I Street, 6th Floor, Courtroom 34
                                                    Sacramento, CA
14

15
       **DEBTORS' MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13**
16                              **PLAN**

17
   Rosia Bell & Linda Lorean Ealy ("Debtors") hereby move to modify their Plan on the following
18
   grounds:
19
       1.   The First Modified Plan, filed on or about February 23, 2015, provides that debtors
20
            shall pay the Trustee a total of $42,739.00 through month 11, and $2,200.00 in months
21
            12-14.  Then beginning in month 15, debtors shall pay the Trustee $4,320.00 for the
22
            remaining 46 months and that Class 7 General Unsecured Creditors with timely filed
23
            claims will receive a 0% dividend through the plan.
24
       2.   Debtors are modifying their plan because they have fallen behind on their Trustee
25
            payments.  The Debtor is a truck driver and recently had his leg amputated preventing
26
            him from further operating his business.  Debtors are surrendering their truck and
27
            trailer back to the respective lenders.  Debtors have also decided to sell their home as
28
            they can no longer afford to keep up with the payments as their income will be limited

                                          -1-

1     to social security benefits.  Debtors have enough equity in their home to sell and pay

2     in full any liens.

3. Debtors are putting their house on the market and plan to have it sold within the next

4     12 months.  Upon selling the home, Debtors will modify their plan based on the

5     remaining debt and their new living expenses.

4. Debtors' son Roosevelt Ealy will be contributing $1,000.00 to the debtors each month

7     and the debtors have lowered some of their personal expenses to make their plan

8     feasible.  Debtors will be filing amended schedules I & J to reflect the changes listed

9     above.

5. In consideration of the foregoing, Debtors propose the following changes to their Plan:

11    Debtors shall pay the Trustee a total of $75,259.00 through month 23.  Beginning in

12    month 24, debtors shall pay the Trustee $1,200.00 per month for the remaining 37

13    months.  A true and correct copy of the Plan is filed concurrently herewith in the List

14    of Exhibits as Exhibit "A".

6. Changing the plan will not affect the Plan's feasibility and will continue to pay 0% to

16    all timely filed unsecured claims.

Dated: 2/19/16

By:  FRIEND YOUNGER, PC

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtor(s)